X

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROLAND MOURNING,<br><br>              Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI, et al.,<br><br>             Defendants. | Case No.  3:23-cv-03382-LJC<br><br>**JUDGMENT IN A CIVIL CASE**<br><br>Re: Dkt. No. 14 |

    ( ) Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

    (X) Decision by Court.  This action came to trial, hearing, or submission on the papers to the Court.  The issues have been presented and a decision has been rendered.

    IT IS SO ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiff

    **IT IS SO ORDERED.**

Dated: August 26, 2024

                                                                          Mark Busby, Clerk

                                                                         By: _____

                                                                            Brittany Sims
                                                                            Deputy Clerk