# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

ROLAND MOURNING,

    Plaintiff,

vs.

MARTIN J. O'MALLEY,
COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

Civil No.: 3:23-03382-LJC

**ORDER GRANTING STIPULATION FOR ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (EAJA), 28 U.S.C. § 2412**

IT IS HEREBY ORDERED that the Stipulation for an award of $4,106.91 for attorney fees, is approved. The Court GRANTS entry of this award, if the parties can verify that Plaintiff owes no preexisting debt subject to offset, or if there is a remainder from offset, Defendant will direct the award be made payable to Plaintiff's attorney pursuant to the agreement duly signed by Plaintiff and counsel, and the award shall be mailed to the attorney's office.

<u>ORDER</u>

APPROVED AND SO ORDERED:

DATED: November 27, 2024      _____
    HONORABLE LISA J. CISNEROS
    UNITED STATES MAGISTRATE JUDGE